IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03189-MEH

MARQUISE HARRIS,

    Plaintiff,

v.

SCOTT THOMAS, Officer, and
UNKNOWN NORTHGLENN POLICE OFFICER JOHN DOE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2015.**

    This matter comes before the Court *sua sponte*. In light of this Court's order for Plaintiff to show cause why the case should not be dismissed for his failure to prosecute, the Court imposes a temporary stay of proceedings in this case pending resolution of the show cause order, and **denies without prejudice** Defendant's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) [filed March 24, 2015; docket #17] with leave to re-file should the Plaintiff timely appear and the Court discharge the order to show cause.