**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03189-REB-MEH

MARQUISE HARRIS,

    Plaintiff,

v.

SCOTT THOMAS, Officer, and
UNKNOWN NORTHGLENN POLICE OFFICER JOHN DOE,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#31],[1] filed April 5, 2013. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that recommendation should be approved and adopted and that this case should be dismissed for failure to prosecute.

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff are proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

The magistrate judge recommends that this lawsuit be dismissed with prejudice as a sanction for plaintiff's failure to comply with the duly issued orders of the court and failure to prosecute this action. Although dismissal with prejudice is an extreme sanction, the circumstances chronicled in the magistrate judge's recommendation indisputably demonstrate a "clear record of delay [and] contumacious conduct" warranting the imposition of such a penalty. *Meade v. Grubbs*, 841 F.2d 1512, 1520 n.6 (10th Cir. 1988).

The magistrate judge thoroughly considered all the relevant factors prescribed by *Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992). Given plaintiff's clear pattern of unjustified failure to participate in the conduct of this litigation or to respond to the duly issued orders of the court, I concur with the magistrate judge that plaintiff appears to have abandoned his claims and that a dismissal with prejudice is appropriate.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#31], filed April 5, 2013. is approved and adopted as an order of this court;

2. That defendant's **Motion To Dismiss for Failure To Prosecute** [#27], filed May 28, 2015, is granted;

3. That plaintiff's claims against defendant are dismissed with prejudice as a sanction for failure to comply with the duly issued orders of the court and failure to prosecute;

  4.  That judgment with prejudice shall enter on behalf of defendants, Scott Thomas, Officer; and Unknown Northglenn Police Officer John Doe, against plaintiff, Marquise Harris, as to all claims and causes of action asserted herein;

  5.  That defendants are awarded their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

  6.  That this case is dismissed.

  Dated July 30, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*

Robert E. Blackburn
United States District Judge
