**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03189-REB-MEH

MARQUISE HARRIS,

    Plaintiff,

v.

SCOTT THOMAS, OFFICER, and
UNKNOWN NORTHGLENN POLICE OFFICER JOHN DOE,

    Defendants.

---

**AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Recommendation of the United States Magistrate Judge of Judge Robert E. Blackburn entered on July 30, 2015 it is

ORDERED that this case is dismissed with prejudice as a sanction for failure to comply with the duly issued orders of the court and failure to prosecute;

ORDERED that judgment with prejudice shall enter on behalf of defendants, Scott Thomas, Officer; and Unknown Northglenn Police Officer John Doe, against plaintiff, Marquise Harris, as to all claims and causes of action asserted herein;

ORDERED that defendants are awarded their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1;

ORDERED that this amended order supplants and supersedes the Order [#32] filed July 30, 2015; and

ORDERED that this case is dismissed.

Dated at Denver, Colorado this 10th day of September, 2015.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

    By:  s/   K. Finney
           K. Finney
           Deputy Clerk